UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MATI LEEAL, *et al.*,

    Plaintiffs,

v.

DITECH FINANCIAL LLC,

    Defendant.
_____/

Case No. 2:17-cv-10645
Hon. Matthew F. Leitman

## ORDER (1) DENYING DEFENDANT'S MOTION TO DISMISS (ECF #3), (2) STAYING THIS CASE, AND (3) DIRECTING DEFENDANT TO FILE MOTION IN STATE ACTION

This matter came before the Court for a hearing on Defendant Ditech Financial LLC's ("Ditech Financial's") Motion to Dismiss Pursuant to Fed. R. Civ. Pro. 12(b)(6) ("Motion to Dismiss") (ECF #3) on September 14, 2017. For the reasons stated on the record during the hearing, the Court **HEREBY ORDERS** as follows:

(1) Ditech Financial's Motion to Dismiss (ECF #3) is **DENIED**.

(2) This case is **STAYED** until further order of the Court.

(3) Within thirty (30) days of this order, Ditech Financial shall file in Oakland County Circuit Court a motion seeking to set aside, vacate, or otherwise obtain relief from the judgment of the Oakland County Circuit Court in Case No. 2015-146929.

1

(4) Not later than seven (7) days after the Oakland County Circuit Court enters a written order deciding Ditech Financial's motion to be filed pursuant to paragraph (3) above, counsel for Ditech Financial shall electronically file a copy of that order with this Court. Counsel for Ditech Financial shall also send the Court's case manager an email informing the Court of the order. The email shall be sent to Holly_Monda@mied.uscourts.gov.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: September 15, 2017

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 15, 2017, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764