UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MATI LEEAL, *et al.*,

    Plaintiffs,

v.

DITECH FINANCIAL LLC,

    Defendant.

Case No. 2:17-cv-10645
Hon. Matthew F. Leitman

_____/

### ORDER DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF #30) WITHOUT PREJUDICE

On August 9, 2019, the Court held a hearing on Defendant's motion for summary judgment (ECF #30). For the reasons stated on the record, Defendant's motion is **DENIED** without prejudice.

    **IT IS SO ORDERED.**

                                          s/Matthew F. Leitman
                                          MATTHEW F. LEITMAN
                                          UNITED STATES DISTRICT JUDGE

Dated: August 12, 2019

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 12, 2019, by electronic means and/or ordinary mail.

                                          s/Holly A. Monda
                                          Case Manager
                                          (810) 341-9764