UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MATI LEEAL, *et al.*,

    Plaintiffs,

v.

DITECH FINANCIAL LLC,

    Defendant.

Case No. 17-cv-10645
Hon. Matthew F. Leitman

_____/

### ORDER (1) GRANTING DEFENDANT'S MOTION TO DISMISS DEFENDANT'S COUNTERCLAIMS (ECF No. 57) AND (2) DIRECTING DEFENDANT TO SUBMIT A PROPOSED JUDGMENT

On March 5, 2020, the Court issued an Opinion and Order Granting Defendant's Renewed Motion for Summary Judgment and Denying Without Prejudice Defendant's Request for Attorneys' Fees (ECF No. 55). Defendant Ditech Financial LLC ("Ditech") has now filed a motion: (1) to withdraw its request for attorneys' fees without prejudice to reasserting that claim in the event this litigation continues, (2) to dismiss its counterclaims in this case (*see* Counter-Complaint, ECF No. 17, PageID.526–545), and (3) for the Court to enter judgment in this case. (*See* Mot., ECF No. 57, PageID.1305–1306.)

Ditech's Motion (ECF No. 57) is **GRANTED** as follows:

- Ditech's request for attorneys' fees is hereby **WITHDRAWN WITHOUT PREJUDICE**;

1

- Ditech's counterclaims are hereby **DISMISSED WITHOUT PREJUDICE**; and

- The Court **DIRECTS** Ditech to submit a proposed judgment by not later than **June 10, 2020**. Plaintiffs shall submit any objections to Ditech's proposed judgment within **10 DAYS** after Ditech submits its proposed judgment. Thereafter, the Court will evaluate Ditech's proposed judgment and any objections by Plaintiffs and proceed accordingly.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: May 27, 2020

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 27, 2020, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764